DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE LUIS SOSA HERNANDEZ,**
Appellant,

v.

**JETRO RESTAURANT DEPOT, LLC,**
Appellee.

No. 4D21-2272

[July 7, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 062019CA015830AXXXXCE.

Althea Bryan Farr and Thomas L. Hunker of Hunker Appeals, Fort Lauderdale, for appellant.

Jedidiah Vander Klok of Kennedys CMK LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***